UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTEL Z. MORFIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.   2:13-CV-3084-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

The parties' stipulated Motion for Remand is **GRANTED**.  The matter is **REVERSED** and **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  May 23, 2014

　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　By: *s/Jaime White*
　　　　　　　　　　　　　　　　Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**